UNITED STATES of America v. Frank HINES.

No. 7169.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1936.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Seneca B. Anderson, of Memphis, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.